**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ray Lawrence MONDRAGON, Defendant—Appellant.**

No. 01–30062.

D.C. No. CR–99–00025–JDS.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Ray Lawrence Mondragon appeals the sentence imposed upon remand following his conviction by guilty plea for fraudulent use of a social security number and interstate transport of stolen vehicles, in violation of 42 U.S.C. § 408(a)(7)(B) and 18 U.S.C. § 2312.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mondragon's counsel has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Defendant has filed a supplemental pro se brief.[1]

1. We decline to address on direct appeal Mondragon's allegations of ineffective assistance of counsel. *See United States v. Laughlin,* 933 F.2d 786, 788–89 (9th Cir.1991) (explaining that such challenges are better suited to collateral proceeding).

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) discloses no issues for review. Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Wilson's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.